UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Stipulation of Dismissal with Prejudice, dkt. 23.
> JPH, 10/16/2020
> Distribution via ECF.

| | |
|---|---|
| THERESA SLOAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-01018-JPH-TAB |
| | ) |
| REPUCARE, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Theresa Sloan, and Defendant, RepuCare, Inc., by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1) stipulate to the dismissal of all claims in the above-captioned cause of action, with prejudice, and each party to pay their respective costs.

| | |
|---|---|
| BIESECKER DUTKANYCH & MACER LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: *s/ Taylor J. Ferguson (w/consent)* | By: *s/ Amanda C. Couture* |
| Andrew Dutkanych, III | Amanda C. Couture |
| Taylor J. Ferguson | Attorney No. 24838-53 |
| 144 N. Delaware Street | 111 Monument Circle |
| Indianapolis, Indiana 46204 | Suite 4600 |
| ad@bdlegal.com | Indianapolis, Indiana 46204 |
| tfergusond@bdlegal.com | amanda.couture@ogletreedeakins.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Theresa Sloan | RepuCare, Inc. |

44359737.1

1